1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT CRAIG,

11            Petitioner,              No. CIV S-04-2740 MCE DAD P

12        vs.

13   TOM CAREY, et al.,

14            Respondents.             <u>ORDER</u>

15   _____/

16            On May 3, 2005, the court received petitioner's opposition to respondents' motion

17   to dismiss.  The opposition was not accompanied by a proof of service.

18            Petitioner is advised that every document he submits to the court for consideration

19   must include evidence that a copy of the document was served on respondents' counsel.  <u>See</u> Fed.

20   R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases.  A document not served electronically

21   may be served by placing a true and exact copy of the document in the U.S. mail.  Every

22   document petitioner submits to the court for filing in this case must include a proof of service

23   that is signed under penalty of perjury and states the name of the document served, the date on

24   which an accurate copy of the document was placed in the mail to respondents' attorney, and the

25   complete address to which the copy was mailed.  <u>See</u> Local Rule 5-135(b) and (c).

26   /////

1        Accordingly, IT IS HEREBY ORDERED that within fifteen days from the date of

2  this order petitioner shall file and serve a proof of service that shows the date on which a copy of

3  petitioner's opposition was served upon respondents' counsel.

4  DATED: May 17, 2005.

5

6                                                    DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE
7  DAD:13:kf
   crai2740.135a
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26