IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CRAIG,  No. 2:04-cv-2740-MCE-DAD-P

    Petitioner,

  v.  <u>ORDER</u>

TOM CAREY, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed this application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 17, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1  Petitioner has filed Objections to the Findings and
2  Recommendations.
3      In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
5  de novo review of this case.  Having carefully reviewed the
6  entire file, the Court finds the Findings and Recommendations to
7  be supported by the record and by proper analysis.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1.  The Findings and Recommendations filed January 17, 2006,
10 are adopted in full;
11     2.  Respondents' April 21, 2005 Amended Motion to Dismiss is
12 granted; and
13     3.  This action is dismissed with prejudice because the
14 Petition for Writ of Habeas Corpus was filed beyond the one year
15 statute of limitations.
16 DATED: March 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2